Shannon Seibert (State Bar No. 240317)
Joe Bautista (State Bar No. 255708)
SEIBERT & BAUTISTA
100 Pine Street, Ste. 1250
San Francisco, CA  94111
Telephone: 415.954.9455
Facsimile:  415.494.8115

Attorneys for Plaintiff GAYLENE NEWQUIST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLENE NEWQUIST,<br><br>             Plaintiff,<br>       vs.<br><br>KAISER FOUNDATION HOSPITALS, a California Corporation; and DOES 1 through 10, inclusive,<br><br>             Defendants. | CASE NO.: 15-CV-02513-LB<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO RETAIN JURISDICTION; ~~PROPOSED~~ ORDER**<br><br>**Judge Laurel Beeler** |

### NOTICE OF SETTLEMENT

Plaintiff GAYLENE NEWQUIST and Defendant, KAISER FOUNDATION HOSPITALS, (the Parties) by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter. The Parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until each of the Parties can fully perform her/its duties as required under the settlement agreement. It is estimated that the Parties will fully perform their duties on or before August 1, 2015. Within two weeks of the

1

completion of each of the Parties' duties, as mandated under the settlement agreement, Defendant will file with this Court a joint notice of dismissal with prejudice to be signed by counsel for all Parties.

**Respectfully Submitted,**

Dated: June 23, 2015                                  SEIBERT & BAUTISTA

                                                            /s/   Shannon Seibert
                                                      Shannon Seibert
                                                      Attorneys for Plaintiff GAYLENE NEWQUIST

Dated: June 23, 2015                                  FOSTER EMPLOYMENT LAW

                                                      /s/   Andrea Bednarova
                                                   Andrea Bednarova
                                                   Attorneys for Defendant KAISER
                                                   FOUNDATION HOSPITALS

**ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated and the Court will retain jurisdiction over this matter for ninety (90) days to allow each of the Parties to fill her/its duties under the settlement agreement.

**IT IS SO ORDERED.**

```
Case Management Conference set for October 1, 2015 at 11:00 a.m.  A Joint Case Management
Statement due 9/24/2015.
```

Dated: June  24  , 2015

                                                     Judge Laurel Beeler
                                                   United States Magistrate Judge