Shannon Seibert (State Bar No. 240317)
Joe Bautista (State Bar No. 255708)
SEIBERT & BAUTISTA
100 Pine Street, Ste. 1250
San Francisco, CA  94111
Telephone: 415.954.9455
Facsimile:  415.494.8115

Attorneys for Plaintiff GAYLENE NEWQUIST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLENE NEWQUIST,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>KAISER FOUNDATION HOSPITALS, a California Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 3:15-CV-02513-LB<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii); [~~PROPOSED~~] ORDER OF DISMISSAL**<br><br>**Judge Laurel Beeler** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff GAYLENE NEWQUIST and Defendant KAISER FOUNDATION HOSPITALS (the Parties) by and through their counsel of record, that the above-captioned action is voluntarily dismissed with prejudice against Defendant KAISER FOUNDATION HOSPITALS pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) with each side to bear its own attorneys' fees and costs.

////

////

1

Dated: July 16, 2015                             SEIBERT & BAUTISTA

                                                /s/   Shannon Seibert
                                              Shannon Seibert
                                              Attorneys for Plaintiff GAYLENE NEWQUIST

Dated: July 16, 2015                             FOSTER EMPLOYMENT LAW

                                                /s/   Andrea Bednarova
                                              Andrea Bednarova
                                              Attorneys for Defendant KAISER
                                              FOUNDATION HOSPITALS

## ORDER

Pursuant to the foregoing Stipulation, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice, with each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: July   22  , 2015

                                              Judge Laurel Beeler
                                              United States Magistrate Judge